THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABHI SHETH, | CASE NO. C20-1381-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BLACKBAUD, INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to extend the time to respond to Plaintiff's class action complaint (Dkt. No. 8). Finding good cause, Defendant's motion is GRANTED. Defendant's deadline to answer or otherwise respond to Plaintiff's Class Action Complaint is extended until 30 days after the Judicial Panel for Multidistrict Litigation ("JPML") rules on the Motion to Transfer in MDL Case No. 2972, which is currently pending before the JPML.

DATED this 23rd day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-1381-JCC
PAGE - 1